to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Leonard Eriksson* for petitioners. *Mr. W. E. Rumble* for respondent.

No. 881. HARRIS ET AL. *v.* HAMMOND. March 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Paul Treasevant Chance* for petitioners. *Mr. W. Inman Curry* for respondent.

No. 938. JOHNSON *v.* RAGEN, WARDEN. March 12, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 939. EVANS *v.* NIERSTHEIMER, WARDEN. March 12, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 351. CARLOTA BENITEZ SAMPAYO *v.* UNITED STATES ET AL.;

No. 352. CARLOTA BENITEZ SAMPAYO *v.* BANK OF NOVA SCOTIA; and

No. 353. CARLOTA BENITEZ SAMPAYO *v.* BANK OF NOVA SCOTIA ET AL. March 12, 1945. The petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit are denied. The CHIEF JUSTICE took no part in the consideration or decision of these applications. *Carlota Benitez Sampayo, pro se. Solicitor General Fahy, Assistant Attorney General Littell, Mr. Vernon L. Wilkinson* and *Miss Wilma C. Martin* for the United States, and *Mr. Henri Brown* for the Bank of Nova Scotia, respondents. Reported below: 141 F. 2d 939, 942, 943.